Gmail

**Wolfgang P. Hirczy de Mino, Ph.D. <wphdmphd@gmail.com>**

# PIA Request re: History Department / Former Professor
1 message

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/3/2025 9:05:21 PM
CHRISTOPHER A. PRINE
Clerk

**Wolfgang P. Hirczy de Mino, Ph.D.** <wphdmphd@gmail.com>	Thu, Jan. 16, 2025 at 1:58 PM
To: openrecords@tarleton.edu
Cc: Wolfgang Hirczy de Mino <whdmphd@gmail.com>
Bcc: "Wolfgang P. Hirczy de Mino, Ph.D." <wphdmphd@gmail.com>

January 16, 2025

Kent Styron
Public Information Officer
Tarleton State University
Box T-0835
Stephenville, Texas 76402

Dear Public Information Officer:

I have learned that a professor of history by the name of Michael Landis
was fired or otherwise terminated by your institution, apparently for cause and under perhaps murky
circumstances.

I have looked at his online reviews by students that took his classes and they are mostly very laudatory
even though he was apparently not an easy grader. Only one was very negative. So, there seems to be a
disconnect. Was there just one complaint or were there several? And what was being alleged? Speech "crimes"
(verbal) or actual on-campus conduct that may be questionable or illegal or unrelated to teaching?

Please provide the final results information regarding any and all Title IX or other complaints filed against him and
all non-confidential documents pertaining to the termination process. Feel free to redact the student names,
which are presumably protected by FERPA.

If there are any campus police incident reports or investigations pertaining to Landis, I want those too. I believe
the basic info must be released if criminal conduct was alleged. I have gotten such stuff before under the Open
Records Act.

I am also interested in the student paper articles about Landis that supposedly disappeared and whether they
were accurate and fair in terms of journalistic ethics. If you have them archived, I would like to see them and
compare them to the disciplinary/personnel action records that are subject to release under PIA.

If possible, please provide the entire Dr. Landis' personnel file with appropriate redaction of SSN and other
protected matter. Of course I have no idea if he elected to restrict some of the basic directory info.

Sincerely,

Wolfgang P. Hirczy de Mino, PhD (Political Science)
wphdmphd@gmail.com

Media reference:

COLLEGE JOURNALISM

# Student Journalists Wrote About Allegations Against a Professor. Then the Articles Disappeared.

By *Nell Gluckman*   August 17, 2021



**Michael Landis, former assistant professor of history at Tarleton State U.**
PHOTO ILLUSTRATION BY THE CHRONICLE; PHOTO FROM TARLETON STATE U.

ierra Dyson was checking her email when she saw the letter. It was addressed simply to the *Texan News Service*, one of Tarleton State University's student publications. Dyson is its top editor, so she started reading.